SOLOMON BROOKS, Respondent, *v.* JACOB ENGAR, as President of Soft Drinks Workers Union, Appellant.

Argued December 4, 1940; decided December 31, 1940.

*William Karlin* and *Leo Greenfield* for appellant.

*Copal Mintz* for respondent.

Appeal dismissed, with costs, on the ground the order is not final. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.